IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

NOV 16 2023

LAURA A. AUSTIN, CLERK
BY: /s/ Duff
DEPUTY CLERK

URBANSKI
District Judge
(Assigned by Clerk's Office)

Mummer
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:23-cv-00747
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under
CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS
OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)

Donald Mace
Plaintiff Name

Inmate No.

v.

Amanda McDonald Wisely    75 Mill Rd. Woodstock, Va. 22664
Defendant Name & Address

Timothy C Carter    810 Main St. Ste 1 Woodstock, VA. 22664
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT
NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"

*******************************************************************************

A. **Where are you now?** Name **and** Address of Facility:

Rockingham County Jail   25 S Liberty St.
Harrisonburg, VA 22801

B. Where did this action take place?
Shenandoah County VA

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes      X No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

X Yes      ____ No

1. If your answer is Yes, indicate the result:
The Jail Prevented me From Proceeding

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:
Cruel + Unusual Punishment

See Attachment

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)
8th Amendment Violation - Deliberate Indifference

See Attachment

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$750,000 damages, mental Anguish

G. If this case goes to trial, do you request a trial by jury? Yes __X__ No _____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: _____    SIGNATURE: *Donald W Mace*

VERIFICATION:
I, *Donald Mace*, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 11-14-23    SIGNATURE: *Donald W Mace*

Updated 9/9/22

Claim #1

Cruel + unusual punishment —

The malicious and Sadistic use of force even without significance of injury is an 8th Amendment violation as is other treatment that unjustifiably inflicts pain or injury or is humiliating or "antithetical to human dignity or harassing conduct it poses unreasonable risk of serious damage to a (prisoners) future health. (a serious depressive state of Mental illness.)

Nov/21 - Currant

Amanda Mcdonald Wisely; Et al; Timothy C. Carter had me arrested, Removed from my property, all my person property destroyed, Restraining orders, had me held for trial, then later all charges dropped, Meanwhile I lost everything I owned, my freedom, Property, Slandered in the Community then held on probation violation for police contact in another Jurisdiction.

Claim #2.   Nov/2021 —

8th Amendment violation — Deliberate Indifference

They both acted maliciously and knowingly

Claim 3

Due process Violation - must not deny anyone the right to Equal protection of the laws nor should they discriminate and or violate rules + laws.

Claim 4      Nov 2021 -

Malfeasance of Commonwealth Attorney -

By Amanda Mcdonald Wisely having the position of the AOA, she knowingly and maliciously abused per her office for personal issues. upon the filing of this and the Evidentiary hearing more facts, evidence + case law will be introduced to this court.

1983 Form
Re: Donald Mace

- 11\5\21 Deputy D Smith called to the residence of Donald Mace due to a verbal dispute regarding a 5 day pay or quit notice being served on tenant Ginger Short by Lisa Ritchie. At which time, the deputy was informed that there was an injured dog (pitbull) in the residence that needed immediate medical attention due to an attack from another pitbull inside the home. Both owned by Ginger Short. Officer replied, "I'm not here for that."
- 11\8\21 Deputy C.J. Brill dispatched to Mace property for a pitbull incident, Mace accused of killing the animal after a serious attack on another tenant. Mace was not on the property. Five other individuals were there, but not all were questioned.
- 11\9\21 A protective order was posted against Mace, even though the other tenants state on the police report, "Mace was no threat to anyone."
- 11\11\21 Mace turns himself into authorities upon learning of a warrant for his arrest. Mace was never questioned and there was no further investigation regarding the incident. Mace was released that day on his own recognizance to return to his residence. Upon arrival he requested

a police escort into his home to retrieve some personal items. Officer Green ordered Mace back to his vehicle because a protective order was posted on the door.

- 11\18\21 Mace reports to the Sheriff's Department the issues regarding the 3 pitbulls in HIS home that were owned by tenant,Ginger Short. The officer replied, "I will tell you the problem, we have a dead dog." The issue was ignored and no helpful advice was given to Mace.
- 12/2/21 Mace reports belongings being burnt in the backyard, Fire Marshall did investigate and found the claims to be true, but warrants were denied on Mace's behalf.

- 3/23/22 Mace reports to the sheriff that his belongings were being sold on facebook marketplace, when Ginger Short was questioned about the property, she replied, "I was only posting things to get a rise out of him." In other words, to provoke Mace into violating the protective order. Nothing was done!
- 3/24/22   Date of Eviction - Mace's property manager notices and reports to officers overseeing

the situation that personal items (outside oil tank and a hot water heater) belonging to Mace were loaded on the tenant's truck. The officers never questioned them. Ginger Short proceeds to let the pitbulls out and one tries to attack the property manager while the officers watch and do nothing!

- 12/2021- 5/2022 Issues regarding the District Attorney of Shenandoah County

    * D/A states in the courtroom, "I will bury his ass, he will never see daylight again."

    * Conflict of interest reported to Mace's attorney regarding friendships with Mace's family members with biased opinions of Mace.

    * D/A allowed her assistant to listen to jail phone call recordings during social events.

  * D/A reported and slandered Mace's name and character in local newspaper on several occasions; 12/4/21, 1/6/22, 4/27/22

  *D/A removed from Mace's case due to conflict of interest.

- 11/5/21-11/5/23 After 2 years all charges were dropped. Issues that occurred from malicious slander, harassment and judgment without due process:

  *loss and damages of all personal property
  *quick sale of home due to foreclosure
  *homeless during covid, contracting covid 19
  *loss of job and prejudice when applying for more work resulting in loss of income
  * severe stress and mental anguish, drug addiction, in and out of rehabs, leading to a heart condition that left only 20% efficiency.
  * a serious incident in jail that almost led to death due to the heart condition
  * loss of time - in jail without due process
  * financial decay due to court/jail and legal fees

Donald W Mace
inmate id 00342811
25 S Liberty St
Harrisonburg, VA 22801

Clerk, United States District Court
210 Franklin Road, SW Suite 540
Roanoke VA 24011-2208