CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

MAY 03 2024

LAURA A. AUSTIN, CLERK
BY: /s/ HBeeson
DEPUTY CLERK

To the District Court for the western District of Virginia Roanoke Division.

I motion the court to accept this as a response to Defendant Carters Motion to Dismiss. Case # 7:23-cv-00747

As the sheriff that makes Carter the Supervisor of the sheriffs department. Giving him the duty of investigating the misconduct of his Subordinates. From the many phone calls to the department to report the obscure nature of the charges and the fact their was no investigation, to the sheriff departments FaceBook posts, news paper, theft report and the involvment of County investagators as well as the fire marshalls findings. I believe Carter knew and ignored things knowing It would soon Be water under the bridge. I'm working on gathering the documentation to prove all the information was right infront oor Carter and he chose to ignore the violations. Making him liable as the Supervisor.

4/27/2024

Case # 7:23-cv-00747
00342811

Donald Mace

Ronald Mace 0034281!
25 South Liberty St
Harrisonburg VA 22801

ROCKINGHAM REGIONAL JAIL
INMATE CORRESPONDENCE
THIS MAIL HAS NOT BEEN
CENSORED FOR UNAUTHORIZED
ITEMS OR CONTRABAND

30 APR 2024 PM 4 L
NOVA 220

Clerk U.S. District Court
210 Franklin Road Suite 540
Roanoke, Virginia 24011-2208

24011-220840