CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

MAY 06 2024

LAURA A. AUSTIN, CLERK
BY: /s/ Beeson
DEPUTY CLERK

To the District Court for the Western District of Virginia Roanoke Division

I motion the court to accept this sworn statement of Donald Mace as a response to Defendant Wisely's motion to Dismiss Case # 7:23-CV-00747

"Absolute immunity is to protect prosecutors from law suites for conduct closely associated with court procedures." Defendant Wisely acted malicousley in her attempt to prosecute a case with no evidence. Making statements like "I will get the max charges" early in the case revealed the discriminatory intentions from the start. Withholding evidence requested from my lawyer "jail phone calls" to aid in my defense disregarding evidence to reach a preferred conclusion is clear. Once Wisley learned I was trying to expose a conflict between my case and the Commonwelths office Wisley then accused me of threatning her and her family and claimed conflict and removed her self from the case. Having a 1000 ft restraining order granted Wisely continued to be present at my court dates even making taunting faces

at me with her back turned to the Judge as the Special prosecutor spoke to the Court. I feel her presence was a form of harassment along with her slandering me in the Court and the community. The fact Wisley Denied me bond in a life threatning situation after being diagnosed with heart failer leaving me with 25% EF of the heart and Allowing members of my family to listen to "Jail Phone Calls" humiliating me as small talk among the family Confirmed the reckless and malicious intentions of Defendant Wisely. After examining all evidence a clear pattern will emerge of the wrongful acts that violated my rights.

A Sworn Statement of Donald mace Sworn in Rockingham County Virginia Under the Penalty of Perjury.

Case# 7:23-CV-00747
00342811
5/2/24

County/City of Rockingham
Commonwealth/State of Virginia
The foregoing instrument was acknowledged before me this 2 day of May, 2024, by Donald Walter Mace
(name of person seeking acknowledgement)
Stephanie S Crider
Notary Public
My Commission Expires: 5/31/25



Stephanie S. Crider
Commonwealth of Virginia
Notary Public
Commission No. 7910205
My Commission Expires

Donald Mace, 0034281L
25 South Liberty St
Harrisonburg VA 22801



NOVA 220
3 MAY 2024 PM 2 L

Clerk, U.S. District Court
210 Franklin Road Suite 540
Roanoke, Virginia 24011-2208

24011-220840